# United States Court of Appeals
## For the First Circuit

No. 09-1847

DAVID EDUARDO CASTAÑEDA-CASTILLO;
CARMEN JULIA DE LA CRUZ-CASTAÑEDA;
PIERA DINA CASTAÑEDA,

Petitioners,

v.

ERIC H. HOLDER, JR.,
UNITED STATES ATTORNEY GENERAL,

Respondent.

Before

Torruella, Ripple,[*] and Lipez,
<u>Circuit Judges</u>.

**OPINION AND ORDER**

Entered:  April 12, 2012

Before this court is a motion for final judgment filed by Petitioners David Eduardo Castañeda-Castillo ("Castañeda"), his wife, and his daughter.  We grant this motion over the government's objection.  With this judgment, this court brings to an end a case that has been pending for over <u>eighteen years</u>.

---

[*]  Of the Seventh Circuit, sitting by designation.